# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANTHONY HOLMES,

    Defendant.

Case No. 2:18-cr-419-JAD-NJK

**ORDER**

ECF No. 36

IT IS THEREFORE ORDERED that the Court remove condition #6, that Mr. Holmes be placed in the custody of his daughter Felony Holmes.

IT IS FURTHER ORDERED that the Court modify condition #20 to allow Mr. Holmes to travel within the State of Nevada and the State of Arizona.

IT IS FURTHER ORDERED that the Court modify condition #22 to remove that Mr. Holmes is ordered to live with his daughter, the third party custodian. Mr. Holmes shall reside at his current Arizona residence and may not move prior to obtaining permission from the Court, Pretrial Services or the supervising officer.

DATED this 29th day of May, 2019.

_____
UNITED STATES DISTRICT JUDGE